Leo Kruczek, Appellant, v. Edith Lucille Kruczek, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York ex rel. Veegreen Holding Co., Inc., Relator, and Bowery Savings Bank and The Chase Safe Deposit Company, Corelators, Respondents, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York ex rel. Michael McFarland, Relator, and The Emigrant Industrial Savings Bank, Corelator, Respondent, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1933 and 1934.) Block #1198—Lots #62, #63, #64.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Sadie Ullmann, Respondent, v. Michael Mayer, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Louise Guilden, Petitioner, Appellant, for Modification of an Order Sustaining a Writ of Habeas Corpus as to Custody and Visitation of Joan Guilden and Paul Guilden, Infants. Ira Guilden, Respondent.— Order unanimously modified by reinstating in its entirety the order entered on or about November 20, 1939, at the direction of Mr. Justice Wasservogel, and as so modified affirmed, with fifty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Moses G. Golden, Respondent, v. Lyerly Full Fashioned Mills, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer or otherwise move with respect to the complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Harry J. Weingrad, Appellant, v. Sorel Silks Corporation and Joseph Bernstein, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.